AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 20-mj- 78
 )
Information Associated with the Instagram )
User "intywetrustt" that is Stored at Premises )
Controlled by Facebook Inc. )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See "Attachment A"

located in the ___Middle___ District of ___Louisiana___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

The application is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Briana Zuroske, Special Agent (FBI)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by zoom.gov video conference *(specify reliable electronic means)*.

Date: 9/17/2020

*Judge's signature*

City and state: Baton Rouge, Louisiana    Richard L. Bourgeois, Jr., U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Briana Zuroske, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information associated with a certain Instagram username that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Instagram to disclose to the Government records and other information in its possession, pertaining to the subscriber or customer associated with Instagram account **intywetrustt**, and as of September 10, 2020, bearing user name "Bans Ty" (hereinafter "**TARGET INSTAGRAM**").

2. I am a Special Agent with the Federal Bureau of Investigations ("FBI") and have been so employed since May 2017. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 of the United States Code. I am currently assigned to the Violent Crime Squad within the New Orleans Division, Baton Rouge Resident Agency. Prior to this, I was assigned to the Albuquerque Division, Las Cruces Resident Agency, working violent crime and drug trafficking. Through my training, experience, and discussions with other law enforcement officers who have extensive experience in similar investigations, I have become familiar with the tactics and methods used by criminal enterprises and criminal street gangs. As a federal agent, I am authorized to investigate

violation of laws of the United States, and as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States. My experience as an agent includes, but is not limited to: conducting physical surveillance, writing affidavits for and executing search warrants, working with undercover agents and informants, issuance of administrative and federal grand jury subpoenas, analysis of phone tolls, and analysis of financial records. Through my training, education, and experience, I have become familiar with the manner in which criminal organizations operate, and the activities conducted by members of the organization in furtherance of the criminal organization. Additionally, I am familiar with the level of social media activity and influence these members have.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 922(g)(1), felon in possession of a firearm (the "Target Offense") has been committed, is being committed, and will continue to be committed by Tyjiri Anderson. There is also probable cause to search the information described in Attachment A for evidence of the Target Offenses, as described in Attachment B.

**PROBABLE CAUSE**

5. Since November 2019, the FBI has been investigating Never Broke Again ("NBA"), a violent neighborhood gang based in Baton Rouge, Louisiana. In 2017, a feud broke out between NBA and another neighborhood street gang, Top Boy Gorilla ("TBG"), when a TBG member was shot and killed. Since this shooting, there have been multiple gang-related

shootings and murders between the two rival gangs. The feud is discussed by both gangs in rap lyrics and social media.

6.  FBI agents and analysts frequently review Reddit, a discussion website where users can post videos, pictures, links, and discussion topics, to gather intelligence on gang activity and members, and to understand ongoing feuds. Within Reddit are "subreddits" on various topics such as sports, politics, science, video games, music, etc.

7.  A subreddit was started in May 2019 titled "DaDumbWay", which is described as a "subreddit to discuss Baton Rouge/ New Orleans/ Louisiana music, lifestyle & gang culture. Keep up with rappers, notable members & the latest in the Louisiana hip hop scene/beefs."

8.  On September 10, 2020, affiant observed a post to subreddit "DaDumbWay" made on September 7, 2020, entitled "Bans Ty at the gun range and saying he good wherever he go." The post contained a video which appeared to be taken from an Instagram story for **TARGET INSTAGRAM**. The Instagram video was approximately eleven seconds long and showed a black male shooting at a target inside what appeared to be a gun range. The male was using red ear protection and wearing a white tank top and grey pants. The male, using only his right hand, shot what appeared to be a pistol with an extended magazine over ten times at the target. The video contained a caption that said, "Had to make show I was still on point."

9.  A search of **TARGET INSTAGRAM** showed that the account was visible to the public. The name associated with **TARGET INSTAGRAM** was "Bans Ty."

10. On September 7, 2020, **TARGET INSTAGRAM** posted a photo of the same male in a white tank top, grey pants, and a grey jacket standing outside in front of a blue warehouse with white garage doors. The outfit matched that of the shooter in the Instagram video observed on Reddit.

11. On September 14, 2020, agents viewed surveillance footage taken at Baker Range in Baker, Louisiana. The surveillance footage, taken from September 7, 2020, showed the same male from **TARGET INSTAGRAM** arriving at the range with a pistol. The male was accompanied by an unidentified female, and in a separate surveillance video taken from a camera inside the range, the male was observed shooting a firearm.

12. Further review of **TARGET INSTAGRAM** showed a post on March 28, 2020, of a photo of a black male sitting on a kitchen counter. In the man's right hand was what appeared to be an automatic rifle with a drum magazine. In the man's lap appeared to be a pistol with an extended magazine. The man was sitting next to what appeared to be two additional pistols.

13. Based on social media review, "Bans Ty" has been observed to associate with other TBG members. For example, a Reddit post under "DaDumbWay" subreddit shows a video titled "Bans Ty on stage with TBG at a Fredo Bang performance."

14. Fredo Bang is a rapper and songwriter from Baton Rouge, Louisiana. Fredo Bang is a known TBG member and leader, and is known to insult rival rapper NBA Youngboy, a member of NBA, on both social media and in music lyrics. Fredo Bang is the highest selling rapper of TBG, and his debut studio album, Most Hated, reached number 110 on Billboard's top 200.

15. Further review of subreddit "DaDumbWay" showed a post from approximately seven months ago titled "Bans ent Ty graduated." The post contained a photo of a male in a black cap and gown showing a certificate. Visible on the certificate are "Certificate of Achievement" and "Tyijri Anderson."

16. The criminal history of Tyjiri Anderson includes a simple robbery charge, for which Anderson was placed on active supervised probation from May 30, 2019, to May 30, 2022. Because of his felony conviction for simple robbery, Tyjiri Anderson is a prohibited person from owning or possessing a firearm. A driver's license photograph of Tyjiri Anderson appears to be the same individual in photos on **TARET INSTAGRAM**. Based on this, affiant believes Tyjiri Anderson to be "Bans Ty".

17. On January 10, 2020, while under conditions of active supervised probation, **TARGET INSTAGRAM** posted a photo of Tyjiri Anderson sitting on a staircase, holding an unidentifiable amount of cash in both hands. On Tyjiri Anderson's right appears to be an automatic rifle with a drum magazine. On Tyjiri Anderson's left appears to be another automatic rifle with an extended magazine. The photo is captioned "I put blood on that money I could get you whatever."

18. On September 10, 2020, Instagram was served with a preservation request for **TARGET INSTAGRAM**, pursuant to 18 U.S.C. §§ 2703(f).

## INFORMATION ABOUT INSTAGRAM

19. Instagram is a photo and video sharing social networking service owned by Facebook and can be accessed at www.instagram.com. Instagram allows its users to establish accounts, and then use their accounts to share photographs, videos, and other information with other Instagram users, and sometimes with the general public.

20. Instagram asks users to provide basic contact and personal identifying information to Instagram, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, security questions and answers

(for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

21.     Instagram users can upload photos and videos that can be edited with filters and organized by hashtags and geographical tagging. Instagram "posts" can be shared publicly or with pre-approved followers. Users of Instagram can browse other users' content by tags and locations and view trending content. Users can "like" photos and follow other users to add their content to a feed.

22.     Instagram users can select different levels of privacy for the communications and information associated with their accounts. By adjusting these privacy settings, an Instagram user can make information available only to himself or herself, to particular Instagram users, or to anyone with access to the Internet, including people who are not Instagram settings.

23.     Instagram allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Instagram users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Instagram's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

24.     Instagram users can exchange private messages on Instagram with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Instagram, which also stores copies of messages sent by the recipient, as well as other information. Instagram users can also post comments on a specific video or photo posting on other people's Instagram accounts.

25. Instagram has a "like" feature that allows users to give positive feedback to a video or photo posting.

26. Instagram has a search function that enables its users to search Instagram for keywords, usernames, locations, or hashtags, among other things.

27. Instagram Stories is a feature that allows a user to post photos and videos to a sequential feed, with each post accessible by others for 24 hours.

28. Each Instagram account has an archive, which is a list of the user's stories from the inception of the account to the present. The archive includes stories after they disappear. The archive is visible to the user but cannot be viewed by people who visit the user's Instagram page.

29. Instagram maintains an activity feed that includes "likes" and follower requests. The activity feed is only visible to the account user.

30. Instagram also retains Internet Protocol ("IP") logs for a given username or IP address. These logs may contain information about the actions taken by the username or IP address on Instagram, including information about the type of action, the date and time of the action, and the username and IP address associated with the action.

31. Social networking providers like Instagram typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Instagram users may communicate directly with Instagram about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Instagram typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by

the provider or user as a result of the communications. As explained herein, information stored in connection with an Instagram account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, an Instagram user's IP log, stored electronic communications, and other data retained by Instagram, can indicate who has used or controlled the Instagram account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Instagram account at a relevant time. Further, Instagram account activity can show how and when the account was accessed or used. For example, as described herein, Instagram logs the IP addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Instagram access, use, and events relating to the crime under investigation. Additionally, Instagram builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Instagram followers to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Instagram account owner. Last, Instagram account activity may provide relevant insight into the Instagram account owner's state of mind as it relates to the offense under investigation. For example, information on the Instagram account may indicate the owner's motive and intent to

commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

32. Therefore, the computers of Instagram, stored and operated by Facebook, are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Instagram, such as account access information, transaction information, and other account information.

### INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

33. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), by using the warrant to require Instagram to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

### CONCLUSION

34. Based on the forgoing, I request that the Court issue the proposed search warrant.

35. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

36. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## REQUEST FOR SEALING

37. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

Briana Zuroske, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone/video conference consistent with Federal Rules of Criminal Procedure 4.1 and 41(d)(3) on the __17th__ day of September 2020.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Instagram user "**intywetrustt**" (**TARGET INSTAGRAM**) that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Instagram**

To the extent that the information described in Attachment A is within the possession, custody, or control of Instagram, including any messages, records, files, logs, or information that have been deleted but are still available to Instagram, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Instagram is required to disclose the following information to the government for each username listed in Attachment A for the time period of January 1, 2020, through the date of production:

(a) All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the **TARGET INSTAGRAM**'s posts and other Instagram activities;

(c) All photos and videos uploaded by **TARGET INSTAGRAM**, and all photos and videos uploaded by any user that have the **TARGET INSTAGRAM** tagged in them;

(d) All profile information, video and photo posts, comments, and hashtags;

(e) All other records of communications and messages made or received by the **TARGET INSTAGRAM**, including all private messages and pending "Follow" requests;

(f) All geographical tagging and other location information;

(g) All IP logs, including all records of the IP addresses that logged into the account;

(h) All records of the account's usage of the "Like" feature, including all Instagram posts

(i) All past and present lists of Instagram accounts followed, and accounts the **TARGET INSTAGRAM** is following;

(j) All records of Instagram searches performed by the account;

(k) All activity, to include videos and posts, within the **TARGET INSTAGRAM**'s archive;

(l) The types of service utilized by the user;

(m) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(n) All privacy settings and other account settings, including privacy settings for individual Instagram posts and activities, and all records showing which Instagram users have been blocked by the account;

(o) All records pertaining to communications between Instagram and any person regarding the user or the **TARGET INSTAGRAM** account, including contacts with support services and records of actions taken.

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 922 (g)(1) including, for each username identified on Attachment A, information pertaining to the following matters:

(a)   the possession of firearms;

(b)   Evidence indicating how and when the Instagram account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Instagram account owner;

(c)   The identity of the person(s) who created or used the username, including records that help reveal the whereabouts of such person(s).

(d)   Records relating to who communicated with the account or username regarding the illegal possession of firearms, including the contents of those communications and the identity of the person(s) who communicated with the user ID about matters relating to these activities, including records that help reveal their whereabouts.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Instagram, and my official title is _____. I am a custodian of records for Instagram. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Instagram, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.  all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.  such records were kept in the ordinary course of a regularly conducted business activity of Instagram; and

c.  such records were made by Instagram as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____     _____
Date                                Signature