**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | |
| INFORMATION ASSOCIATED WITH THE | : | 20-MJ-78 |
| INSTAGRAM USER "INTYWETRUSTT" | : | |
| THAT IS STORED AT PREMISES | : | **UNDER SEAL** |
| CONTROLLED BY FACEBOOK, INC. | : | |

**MOTION TO UNSEAL APPLICATION FOR THE SEARCH WARRANT AND SEARCH WARRANT**

NOW INTO COURT, comes the United States of America, through Ellison C. Travis, Acting United States Attorney for the Middle District of Louisiana, by William K. Morris, Assistant United States Attorney and respectfully represents the following:

1.

On September 17, 2020, this Honorable Court authorized the search of the aforementioned profile.

2.

Pursuant to Section 2518(8)(b), of Title 18, United States Code, this Honorable Court ordered that the above application, order and any renewals be sealed until further order of the Court.

3.

The investigation has concluded, therefore the reasons that the matter was sealed no longer exist, and it is necessary that the matter be unsealed so it can be disclosed in discovery.

**WHEREFORE**, the United States respectfully requests this Honorable Court to issue an order unsealing the Application for the Search Warrant and Search Warrant.

UNITED STATES OF AMERICA, by

ELLISON C. TRAVIS
ACTING UNITED STATES ATTORNEY


/s/ William K. Morris
William K. Morris, LBN 28694
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: william.morris2@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | |
| INFORMATION ASSOCIATED WITH THE | : | 20-MJ-78 |
| INSTAGRAM USER "INTYWETRUSTT" | : | |
| THAT IS STORED AT PREMISES | : | **UNDER SEAL** |
| CONTROLLED BY FACEBOOK, INC. | : | |

## ORDER

Considering the Government's Motion to Unseal Application for the Search Warrant and Search Warrant,

**IT IS ORDERED** that the Application for the Search Warrant and Search Warrant are unsealed.

**DATED AND SO ORDERED** this _____ day of _____, 2021, at Baton Rouge, Louisiana.

_____
SCOTT D. JOHNSON, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA